UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEX PERRY NEAL,<br>   *Petitioner*,<br><br>v.<br><br>THE STATE OF TEXAS<br><br>   *Respondent*. | § § § § § § § § § § | Civil Case No. 3:19-CV-2236-X |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Petition for Writ of Error Coram Nobis*, received September 17, 2017 (doc. 1), is DISMISSED for lack of subject matter jurisdiction.

A certificate of appealability (COA) is not required to appeal in a case seeking a petition for writ of coram nobis. *See United States v. Few*, 372 F. App'x 564, 565 (5th Cir. 2010).

**SO ORDERED** on this 8th day of July 2020.

                                                                _____
                                                                    BRANTLEY STARR

UNITED STATES DISTRICT JUDGE